Robin Cooksey, CSR, RMR, TCRR
Official Court Reporter
284th District Court
301 N. Main, Rm. 201
Conroe, TX 77301
(936) 538-8077
robinm.cooksey@mctx.org

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS

12/11/2017 10:58:26 AM
CAROL ANNE HARLEY
Clerk

-------------------------------------------------------------------------------------------------

December 11, 2017

Ms. Carol Anne Harley
Clerk, Ninth Court of Appeals
1001 Pearl St., Ste. 330
Beaumont, TX 77701

RE:     Case No. 09-17-00411-CV; Trial Cause No. 17-03-03674-CV; Juan A. Hernandez, II
        vs. Gina Kay Johnson

Dear Mr. Harley:

Please be advised that there were oral hearings conducted in this matter on 7-27-17, 10-25-17, and on 11-2-17.  However, I have been in contact with the appellate attorney, and he is not asking that any Reporter's Records be prepared in this matter.  Therefore, there is no Reporter's Record in the above-mentioned cause that will be filed.

If you have any questions, please don't hesitate to ask.

Sincerely,


/s/ Robin Cooksey


Robin Cooksey, CSR, RMR, TCRR

Cc:     Mr. Thomas E. Ross
        Mr. Jay Wright